FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

2006 MAR -2  PM 4: 08

LORETTA G. WHYTE
CLERK

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

KARON BICKHAM for S.B.                    CIVIL ACTION

VERSUS                                    NO: 05-1602-AJM-SS

JO ANNE B. BARNHART COMMISSIONER OF
SOCIAL SECURITY ADMINISTRATION

### ORDER

The Court, after considering the complaint, the record, the applicable law, the Magistrate Judge's Findings and Recommendation, and finding that as of this date plaintiff has filed no objections to the Magistrate Judge's Findings and Recommendation, hereby approves the Magistrate Judge's Findings and Recommendation and adopts it as its opinion. Accordingly,

IT IS ORDERED that the request of the plaintiff for relief from the decision of the Commissioner of Social Security denying his application for benefits is DENIED.

New Orleans, Louisiana, this 2 day of March, 2006.

UNITED STATES DISTRICT JUDGE

___ Fee
___ Process
_X_ Dktd
___ CtRmDep
___ Doc. No.